UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION -- LONDON

CRIMINAL ACTION NO. 04-61

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                                    **ORDER**

DAVID M. HARDWICK                                                      DEFENDANT

This matter is before the Court on the Magistrate Judge's recommendation (DE 34) that the defendant be sentenced to a term of imprisonment of 21 months to be followed by a term of supervised release of twelve months for certain violations of the conditions of the defendant's supervised release. The defendant has filed no objections to the recommendation and has waived his right of allocution (DE 36). Accordingly, the Court hereby ORDERS as follows:

1) the sentencing hearing set for August 15, 2016 is CANCELLED;

2) the Magistrate Judge's recommendation (DE 34) is ADOPTED as the opinion of the Court; and

3) the United States Probation Office should tender a judgment consistent with the recommendation.

**Dated July 21, 2016.**



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY